**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CHRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

TONAL SYSTEMS, INC.,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 10444 (GBD)

GEORGE B. DANIELS, District Judge:

In light of Plaintiff's notice that the parties have reached a settlement in principle, all conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: July 7, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE